# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **MICHAEL ADAMS,** ) | |
| **NATALIE ADAMS,** ) | |
| ) | |
| Plaintiffs, ) | |
| ) | **Case No. 2:15-CV-01855-RDP** |
| vs. ) | |
| ) | |
| **BANK OF AMERICA, N.A.,** ) | |
| ) | |
| Defendant. ) | |

### DEFENDANT BANK OF AMERICA, N.A.'S EVIDENTIARY SUBMISSION IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT

Defendant Bank of America, N.A. submits this Evidentiary Submission in support of Defendant's Motion for Summary Judgment as to all claims by Plaintiffs Michael Adams and Natalie Adams.

**Attachment 1**:  Affidavit of Bank of America, N.A.

**Attachment 2**:  Deposition of Michael Shawn Adams

**Attachment 3**:  Deposition of Natalie Adams

**Attachment 4:**  Deposition of Lonnie Mills

**Exhibit A**:  Original Note

**Exhibit B**:  Mortgage

**Exhibit C**:  Assignment of Mortgage to BANA

**Exhibit D**:  September 9, 2004 Letter Regarding Foreclosure

**Exhibit E**:  2004 Loan Modification Agreement

**Exhibit F**:  2004 Amended and Restated Note

**Exhibit G**:  2011 Commitment to Modify Mortgage

**Exhibit H**:  2011 Loan Modification Agreement

**Exhibit I**:  2011 Amended and Restated Note

**Exhibit J**:  Loan Payment History

| | |
|---|---|
| **Exhibit K**: | September 17, 2012 Notice of Intent to Accelerate |
| **Exhibit L**: | September 20, 2012 Letter Regarding Face-to-Face Meting |
| **Exhibit M**: | April 1, 2013 HAMP Application |
| **Exhibit N:** | March 8, 2014 FHA Request for Assistance |
| **Exhibit O:** | July 21, 2014 HAMP Application |
| **Exhibit P:** | September 3, 2014 Letter Approving Trial Period Plan |
| **Exhibit Q:** | Unsigned Trial Period Plan Agreement |
| **Exhibit R:** | April 11, 2015 Letter Regarding Trial Period Plan Rejection |
| **Exhibit S:** | July 17, 2015 Qualified Written Request |
| **Exhibit T:** | July 22, 2015 Qualified Written Request Acknowledgment |
| **Exhibit U:** | August 21, 2015 Qualified Written Request Response |

Respectfully submitted this 1st day of August, 2016.

/s/ J. Jackson Hill, IV
Brian A. Wahl
J. Jackson Hill, IV
BRADLEY ARANT BOULT CUMMINGS LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2119
Phone: (205) 521-8000
Fax: (205) 488-6403
bwahl@bradley.com
jhill@bradley.com
ATTORNEYS FOR BANK OF AMERICA, N.A.

## CERTIFICATE OF SERVICE

I hereby certify that on August 1, 2016, I served a copy of the foregoing via the Court's electronic filing system or by first-class U.S. mail, postage prepaid, where appropriate, to the following:

>Kenneth J. Lay
>HOOD & LAY, LLC
>1117 22nd Street South, Suite 101
>Birmingham, AL 35205
>kenneth.j.lay@gmail.com
>ATTORNEY FOR MICHAEL AND NATALIE ADAMS

>/s/ J. Jackson Hill, IV
>OF COUNSEL